UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN WALDEN,

                Plaintiff,

-against-

THE CITY OF NEW YORK AND MUNICIPALITY OF NEW YORK COUNTY; DISTRICT ATTORNEY OFFICE OF NEW YORK CITY; DISTRICT ATTORNEY CYRUS R. VANCE, JR.; ASSISTANT DISTRICT ATTORNEY SHILPA KALRA; CITY OF NEW YORK POLICE DEPARTMENT; DETECTIVE JAMES MEEHAN, SHIELD # 6445; DETECTIVE STEVE STANLEY, SHIELD # 3554, IN THEIR OFFICIAL CAPACITY & INDIVIDUAL CAPACITY,

                Defendants.

21-CV-0785 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued August 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the doctrine of claim preclusion.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 9, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                      Chief United States District Judge